# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Max Garrett Moede, | ) | Case No. 1:17-cr-037 |
| Defendant. | ) | |

Before the court is a "Motion to Reconsider Order of Detention" filed be defendant on September 19, 2017. Defendant is in Marshal's service custody. He is being housed at the Stutsman County Correctional Center ("SCCC"). He requests to be conditionally released to his aunt's residence in Shawanao, Wisconsin.

There being no objection from the Government, the court **GRANTS** defendant's motion (Docket No. 41). Defendant shall be released subject to the following conditions:

(1) Defendant shall be released to family upon their arrival at the SCCC for transport to Shawanao, Wisconsin.

(2) Defendant is placed in the third party custody of his family, who agree(s) (1) to supervise the defendant in accordance with all conditions of release, (2) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (3) to notify the Pretrial Services Officer immediately in the event the defendant violates any conditions of release or disappears.

(3) Defendant shall reside with his aunt, Amy Jo Ebert, at her home in Shawanao, Wisconsin and not change this residence except as authorized by the Pretrial Services

1

Officer.

(4) Upon arriving at his aunt's residence, defendant shall immediately contact Pretrial Services Officer Kevin Newman at (920) 884-8871 and thereafter report as Officer Newman directs.

(5) Defendant shall not violate federal, state, tribal, or local law while on release.

(6) Defendant must appear in court as required and must surrender to serve any sentence imposed.

(7) Defendant shall submit to a mental health evaluation and treatment at the Stockbridge-Musee Health and Wellness Clinic in Bowler, Wisconsin. His family will make the intake appointment so he can be seen as soon as possible upon his release.

(8) Defendant shall execute releases as necessary so that the Pretrial Services Office may monitor his progress in treatment.

The competency hearing scheduled before Chief Judge Hovland on October 30, 2017, is canceled.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court